■ Luz Phipps, Respondent, v Stephen Sackey, Appellant. [758 NYS2d 496] —Order, Family Court, New York County (Mary Bednar, J.), entered March 1, 2001, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976].) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Andrias, J.P., Williams, Lerner, Friedman and Marlow, JJ.